UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN REID,

Plaintiff,

-v.-

MAINSTREAM ELECTRIC, INC., et al.,

Defendants.

22 Civ. 04483 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On **Thursday, June 29, 2023 at 12:15 p.m.**, the Court will hold a status conference in this matter. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 282 305 759 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

SO ORDERED.

Dated: June 22, 2023
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge