UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN REID,

               Plaintiff,

-v.-

MAINSTREAM ELECTRIC, INC., et al.,

               Defendants.

22 Civ. 04483 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    Plaintiff recently amended his Complaint by adding, *inter alia*, The City of New York and New York City School Construction Authority as Defendants. Proof of service as to those two Defendants still has not been filed. The Court does not intend to hold a conference in this case until all parties have been served, proof of such service has been furnished, and all parties have entered an appearance. Accordingly, the conference previously scheduled for June 29, 2023 is adjourned *sine die*.

    SO ORDERED.

Dated: June 28, 2023
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge