# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**                        Tel: 718-740-1000
Email: abdul@abdulhassan.com             Fax: 718-740-2000
*Employment and Labor Lawyer*          Web: www.abdulhassan.com

**Via ECF**                           November 9, 2023

> **Application GRANTED.** Within two days of the completion of mediation in *Richards v. Mainstream Electric, Inc.*, 22 Civ. 4482 (CM), the parties shall file a letter apprising the Court.
>
> The Clerk of Court is directed to terminate ECF No. 72.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: November 9, 2023

Hon. Jennifer H. Rearden, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom 12-D
New York, NY 10007

**Re: Reid v. Mainstream Electric, Inc. et al**
**Case No. 22-CV-04483 (JHR)(JLC)**
**Motion for Extension of Time**

Dear Judge Rearden:

       My firm represents Plaintiff in the above-referenced action. On October 30, 2023, Defendants New York City School Construction Authority ("SCA"), and The City of New York ("NYC")(collectively "City Defendants"), filed a motion to dismiss. On October 11, 2023, the mediation office in the case of *Richards v. Mainstream Electric, Inc. et al,* 22-CV-04482 (CM), assigned a mediator in that case which involves the similar claims and the same Defendants and defense attorneys as in this case. After conferring with counsel for City Defendants, we have agreed, and it is hereby respectfully requested, that this Honorable Court extend Plaintiff's time to respond to said motion to two weeks after the completion of mediation in the Richards matter and to provide City Defendant with 30 days to provide a reply to Plaintiff's opposition – on November 8, 2023, Judge McMahon granted the same type of request in the *Richards* case. One of the main reasons for this request is that mediation in *Richards* may result in a settlement of this case as well and may obviate the need for further litigation and motion practice in this action.

       I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

1

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsels via ECF**