UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN REID,<br><br>                                  Plaintiff,<br><br>                 -v.-<br><br>MAINSTREAM ELECTRIC, INC. et al.,<br><br>                                  Defendants. | 22 Civ. 04483 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On November 9, 2023, Plaintiff Shawn Reid and Defendants City of New York and New York City School Construction Authority (the "City Defendants") requested that the Court adjourn briefing of the City Defendants' motion to dismiss the Amended Complaint until after the completion of mediation in *Richards v. Mainstream Electric, Inc.*, 22 Civ. 4482 (CM) (S.D.N.Y. 2022).  See ECF No. 72 (explaining that "mediation in *Richards*[,] . . . which involves [] similar claims and the same Defendants and defense attorneys as in this case[,] . . . may result in a settlement of this case as well and may obviate the need for further litigation and motion practice in this action").  On November 9, the Court granted the parties' application.  See ECF No. 73 (November 9 Order).  Nearly four months have now passed since the City Defendants filed their motion to dismiss.  In that time, there has not been any other activity on the docket.

In light of ongoing settlement discussions in *Richards* that "may obviate the need for further litigation and motion practice in this action," the City Defendants' motion to dismiss (ECF No. 70), as well as the motion to dismiss filed by Defendants Mainstream Electric, Inc., and Errol Grant (ECF No. 37), are hereby denied without prejudice to refiling following the conclusion of mediation if a settlement is not consummated.

The Clerk of Court is directed to terminate ECF Nos. 37 and 70.

SO ORDERED.

Dated: February 23, 2024
       New York, New York

                                                                  _____
                                                                  JENNIFER H. REARDEN
                                                                  United States District Judge