# Abdul Hassan Law Group, PL
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2024
```

**Abdul K. Hassan, Esq.**                                                                 Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                              Fax: 718-740-2000
*Employment and Labor Lawyer*                                                             Web: www.abdulhassan.com

April 18, 2024

Via ECF

Hon. Margaret M. Garnett, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: Reid v. Mainstream Electric, Inc. et al</u><br>
Case No. 22-CV-04483 (MMG)(JLC)<br>
<b>Motion for Extension of Time</b>

Dear Judge Garnett:

  My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the April 18, 2024 deadline for Plaintiff to file his motion for settlement approval and related submissions as per Your Honor's April 14, 2024 order. This request is being made because the parties require some additional time to finalize the settlement papers. No prior request for an extension of this deadline was made.

  I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsels via ECF**

---

Application GRANTED. It is hereby ORDERED that the parties shall file their settlement agreement and joint letter as directed in the April 4 Order (Dkt. No. 76) no later than **May 2, 2024**. The Clerk of Court is respectfully directed to terminate Dkt. No. 77.

SO ORDERED. Date: 4/22/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

1