USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2024

# Abdul Hassan Law Group, PL
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

May 2, 2024

Via ECF

Hon. Margaret M. Garnett, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: Reid v. Mainstream Electric, Inc. et al</u>
Case No. 22-CV-04483 (MMG)(JLC)
**Motion for Extension of Time**

Dear Judge Garnett:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the May 2, 2024 deadline for Plaintiff to file his motion for settlement approval and related submissions as per Your Honor's April 14, 2024 order. This request is being made because the parties require some additional time to finalize the settlement papers. Since the last request the parties have made significant progress and only a few issues remain. One prior request for an extension of this deadline was made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsels via ECF**

---

Application GRANTED.  The parties shall have until **May 16, 2024** to submit their joint letter and settlement agreement for Court approval, as well as any consent form to proceed before the assigned Magistrate Judge.  Pursuant to Rule I(B)(5) of the Court's Individual Rules, future requests for adjournments or extensions of time must be made at least two business days prior to the original due date.  The Clerk of Court is respectfully directed to terminate Dkt. No. 79.

SO ORDERED.  Date: 5/6/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE