UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Shawn Reid**,

                Plaintiff(s),

-against-

**Mainstream Electric, Inc.**,

                Defendant(s).

22-CV-04483 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On May 21, 2024, the Court ordered the parties to submit a joint letter and their settlement agreement for Court approval, as well as any consent form to proceed before the Magistrate Judge, no later than May 30, 2024.  *See* Dkt. No. 82.  To date, no such materials have been filed.  On June 4, 2024, in email correspondence with all counsel and the Court, counsel for Plaintiff advised that the parties are still in the process of finalizing and executing their settlement agreement.

      Accordingly, it is hereby ORDERED that the parties shall submit a joint letter and their settlement agreement for Court approval, as well as any consent form to proceed before the Magistrate Judge, no later than **July 1, 2024**.  It is further ORDERED that, should the parties anticipate that they are unable to meet this deadline, the parties shall file a joint letter requesting an extension of time and providing good cause for such an extension, no later than **June 26, 2024**.

Dated: June 10, 2024
       New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/2024