# Abdul Hassan Law Group, PL
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**  
Email: abdul@abdulhassan.com  
*Employment and Labor Lawyer*

Tel: 718-740-1000  
Fax: 718-740-2000  
Web: www.abdulhassan.com

June 26, 2024

Via ECF

Hon. Margaret M. Garnett, USDJ  
United States District Court, SDNY  
40 Foley Square  
New York, NY 10007

<u>Re: Reid v. Mainstream Electric, Inc. et al</u>  
Case No. 22-CV-04483 (MMG)(JLC)  
**Motion for Extension of Time**

Dear Judge Garnett:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief three-week extension of the July 1, 2024 deadline for Plaintiff to file his motion for settlement approval and related submissions as per Your Honor's April 14, 2024 order to July 25, 2024. This request is being made because the parties require some additional time to secure the signatures of Defendants Mainstream Electric, Inc., GMR Associates Inc. and Errol Grant. Since the last request the parties have finalized the settlement papers and Plaintiff and five of the eight defendants have already signed the settlement agreement. Three prior requests for an extension of this deadline were made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan  
By: Abdul K. Hassan, Esq. (AH6510)  
*Counsel for Plaintiff*

**Cc: Defense counsels via ECF**

---

Application GRANTED. It is hereby ORDERED that the parties shall file their settlement agreement and joint letter as directed in the April 4 Order (Dkt. No. 76) no later than **July 25, 2024**. No further extensions will be granted without a detailed explanation of (i) efforts made to finalize settlement and (2) likelihood of success if additional time is granted. The Clerk of Court is respectfully directed to terminate Dkt. No. 84.

SO ORDERED. Dated June 27, 2024.

HON. MARGARET M. GARNETT  
UNITED STATES DISTRICT JUDGE